# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY ROSS GUARDIPEE, <br><br> Defendant. | CR-17-07-GF-BMM <br><br> **ORDER** |

Defendant Gregory Ross Guardipee has moved for early termination of his current term of supervised release. (Doc. 50.) The Government opposes early termination of Guardipee's supervised release. (*Id.* at 2.) The Court conducted a hearing on the motion on February 25, 2020. The Court determined that it would grant Guardipee's motion if he could continue to comply with his supervised release conditions until April 11, 2020. The Court accordingly withheld issuing a final order. For the reasons below, the Court will grant Guardipee's motion.

Guardipee pleaded guilty to possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). (Docs. 20 & 25.) The Court sentenced Guardipee to 22 months imprisonment followed by three years of supervised release. (Docs. 44 & 45.) Guardipee's supervised release commenced on September 12, 2018. (Doc. 51 at 2.) Guardipee has completed over one year of his supervised release. Supervision is scheduled to expire on September 11, 2021.

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interests of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The Court determined at the hearing that it would grant Guardipee's motion if no violations occurred by April 11, 2020. The record reflects that Guardipee has complied with his supervision conditions. Guardipee has demonstrated he is able to conform his conduct to the law. Guardipee has changed his lifestyle to address the Court's obligations. Guardipee does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 50) is **GRANTED**.

DATED this 10th day of April, 2020.

_____
Brian Morris, Chief District Judge
United States District Court